```
                                                        FILED
                                                    U.S. DISTRICT COURT
                                                 EASTERN DISTRICT ARKANSAS

                                                    JUN - 6 2017

          IN THE UNITED STATES DISTRICT COURT    JAMES W. McCORMACK, CLERK
              EASTERN DISTRICT OF ARKANSAS       By:_____
                                                                   DEP CLERK
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 4:17CR 00135 JM |
| | ) | |
| v. | ) | 18 U.S.C. § 2252(a)(4)(B) |
| | ) | 18 U.S.C. § 2252(a)(2) |
| RYAN VESTAL | ) | 18 U.S.C. § 3583 |
| | ) | 18 U.S.C. § 3571 |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about April 12, 2017, in the Eastern District of Arkansas and elsewhere, the defendant,

RYAN VESTAL,

did knowingly possess and access with intent to view one or more matters which contained an image of a minor engaged in sexually explicit conduct that had been mailed, shipped, and transported in interstate and foreign commerce, and which were produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce, by any means including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct.

All in violation of Title 18, United States Code, Section 2252(a)(4)(B).

## COUNT 2

On or about September 14, 2016, in the Eastern District of Arkansas and elsewhere, the defendant,

RYAN VESTAL,

knowingly distributed any visual depiction, using any means or facility of interstate or foreign commerce, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction is of such conduct.

All in violation of Title 18, United States Code, Section 2252(a)(2).

## COUNT 3

On or about February 6, 2017, in the Eastern District of Arkansas, and elsewhere, the defendant,

RYAN VESTAL,

knowingly distributed any visual depiction, using any means or facility of interstate or foreign commerce, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction is of such conduct.

All in violation of Title 18, United States Code, Section 2252(a)(2).

(END OF TEXT.   SIGNATURE PAGE ATTACHED.)